KTF/SME
F.# 2016R01900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JASON PELTZ,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

Docket No. 20-M-1238

      Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Sarah M. Evans, for an order unsealing a redacted version of the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the redacted complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
            December 21, 2020

*Vera M. Scanlon*
_____
HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK